IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR. NO. 13-00100-CG |
| | ) | |
| MICHAEL A. ELDRIDGE, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

This matter is before the Court on defendant's motion to Run Time Concurrent with Time Served with State of Alabama. (Doc. 61).

This Court has no authority to revise his federal sentence to make it run concurrently with his state sentence which was imposed after his federal sentence. Once the defendant arrives in Federal custody, he may file for an administrative remedy with the Bureau of Prisons (BOP) by filing a form BP-9 requesting a nunc pro tunc designation of the federal custody sentence as concurrent with the state term. The BOP will determine if the remedy has merit and, if it does, will send a Barden v. Keohane [1] letter to this Court, soliciting the Court's opinion on the issue (concurrent or consecutive to the state case). The Court's recommendation is then factored in with other statutory requirements and a final determination is made by the Bureau of Prisons. The inmate cannot bypass the administrative remedy process since the final determination is the responsibility of the Bureau of Prisons.

Accordingly, the defendant's motion is **DENIED**.

**DONE** and **ORDERED** this 13th day of January, 2016.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE

---

[1] 921 F.2d. 476 (3rd Cir. 1990)