AO 247 (Rev. 08/14) ALSD  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

# UNITED STATES DISTRICT COURT
for the
Southern District of Alabama

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| MICHAEL A. ELDRIDGE | ) | Case No: 13-0100-001 |
| | ) | USM No: 13016-003 |
| Date of Original Judgment: 11-13-2013 | ) | |
| Date of Previous Amended Judgment: | ) | Pro Se |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED. ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(Complete Parts I and II of Page 2 when motion is granted)*

**ADDITIONAL COMMENTS**

Michael Eldridge IS NOT ELIGIBLE for consideration for a reduction. The defendant was subject to a statutory mandatory minimum of 5 years (60 months), which is the sentence he received. Therefore, Eldridge would not benefit from a guideline recalculation.

Except as otherwise provided, all provisions of the judgment dated _____ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: January 15, 2016          /s/ Callie V. S. Granade
                                         *Judge's signature*

Effective Date: _____                 United States District Judge
*(if different from order date)*        *Printed name and title*